**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Conair LLC

Plaintiff,

v.

Case No.: 1:26−cv−05134
Honorable Georgia N. Alexakis

YIWU KEMEI ELECTRIC APPLIANCE CO., LTD., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 29, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: Plaintiff Conair LLC, Defendant Yiwu Kemei Electric Appliance Co. ("Yiwu Kemei"), and Defendant Yiwu Caitong Electric Co., Ltd. ("Yiwu Caitong") jointly move to sever Defendant Yiwu Kemei and the claims against it pursuant to Federal Rule of Civil Procedure 21. The Court grants the parties' amended motion to sever [32]. The Court denies the original motion to sever filed by Plaintiff and Defendant Yiwu Kemei [30] as moot. Under Federal Rule of Civil Procedure 20(b), joinder of multiple defendants is only permitted where "any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences." See also 35 U.S.C. § 299. Here, Plaintiff Conair LLC, Defendant Yiwu Kemei, and Defendant Yiwu Caitong agree that this requirement is not satisfied and, as a result, that Defendant Yiwu Kemei and Defendant Yiwu Caitong have been improperly joined. Defendant Yiwu Caitong (the second−named defendant in this action) and the claims against it therefore will be severed into a separate action. See Lee v. Cook Cnty., Ill., 635 F.3d 969, 971 (7th Cir. 2011) ("When a federal civil action is severed, it is not dismissed. Instead, the clerk of court creates multiple docket numbers for the action already on file, and the severed claims proceed as if suits had been filed separately."). The Clerk of the Court is directed to provide a new case number for the newly severed action and assign that case to a judge pursuant to the District Court's operating procedures. The Court further directs the Clerk to use the instant Order as the initiating document in the newly created case and to file the instant case's complaint and accompanying exhibit [1], [2] as document numbers 2 and 3 in the newly created case. No filing fees should be assessed for the new case. Plaintiff is directed to file an amended complaint in this case containing only its claims against Defendant Yiwu Kemei. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.